UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-30122 |
| Plaintiff, | |
| v. | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| TANYAN WAKITA IRON, a/k/a SONNY IRON, | |
| Defendant. | |

TO: TO THE ADMINISTRATOR OF THE ROSEBUD SIOUX TRIBE ADULT CORRECTIONAL FACILITY AND TO THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF SOUTH DAKOTA

WE COMMAND YOU to bring Tanyan Wakita Iron, a/k/a Sonny Iron, now detained and under your custody as an inmate at Rosebud Sioux Tribe Adult Correctional Facility under safe and secure conduct before the United States District Court for the District of South Dakota, at Pierre, South Dakota, forthwith, for the purpose of an initial appearance in a case now pending in federal court against him, and for any other matters necessary for the proper disposition of the charges now pending against him in this Court. You are further directed to maintain Tanyan Wakita Iron, a/k/a Sonny Iron in the custody of the United States Marshals Service until further order of the Court.

Dated this \_\_\_\_\_ day of January, 2021.

BY THE COURT:

_____
MARK A. MORENO
United States Magistrate Judge